# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tina Lasher**
    Plaintiff
 vs.         **CASE NUMBER: 1:11-CV-777 (DEP)**

**Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is VACATED. Plaintiff's Complaint is REMANDED to the Commissioner with a directed finding of disability, for a calculation of benefits owing to the plaintiff. Judgment is hereby entered in favor of the plaintiff and this case is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 28th day of March, 2012.

DATED: March 29, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk